USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

   UNITED STATES OF AMERICA,           :
                                                 :
                                                 :
                                                 :                          1:19-cr-213-GHW
                     -v-                   :
                                                 :                            ORDER
   DANNY BANG, CUONG BANG,          :
                                                   :
                         Defendants.   :
                                                   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during a status conference held on November 20, 2019, trial in this matter will commence on July 6, 2020 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendants are due no later than February 19, 2020. The Government's oppositions to any defense motions are due no later than March 11, 2020. Defendants' replies, if any, are due no later than March 18, 2020. The Court will hold a hearing on any defense motions necessitating a hearing on April 14, 2020 at 10:00 a.m.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than May 4, 2020. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on June 16, 2020 at 4:00 p.m.

The parties are further directed to submit (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to

the jury as part of the Court's initial instructions prior to opening statements, no later than May 4,

2020.  If the parties are unable to agree on the language of such a short overview, they are directed

to notify the Court of that fact by the same date.

     SO ORDERED.

Dated:  November 20, 2019
New York, New York

                         GREGORY H. WOODS
                       United States District Judge