UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                            :

UNITED STATES OF AMERICA,          :

              -v-                                 :          19-CR-213 (LJL)

DANNY BANG,                          :          <u>RESCHEDULING</u>
                                                :             <u>ORDER</u>
                     Defendant.       :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       It is HEREBY ORDERED that the change of plea hearing previously scheduled for September 25, 2020 is rescheduled to October 5, 2020 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court excludes time under the Speedy Trial Act until October 5, 2020 pursuant to 18 USC 3161(h)(7)(A) based upon the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

       SO ORDERED.

Dated: September 15, 2020
       New York, New York                                 LEWIS J. LIMAN
                                                              United States District Judge