# Law Offices of Alex R. Kessel

15910 Ventura Blvd., Suite 1030, Encino, CA 91436      Tel: (818) 995-1422  Fax: (818) 788-9408

February 23, 2021

**BY ECF AND BY EMAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Sentencing previously set for March 18, 2021 is RESCHEDULED to March 19, 2021 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

2/24/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE:   United States v. Danny Bang, et al., Case No.:1:19-cr-00213-LJL

Dear Judge Liman,

On March 18, 2021, my client, Danny Bang, is scheduled to appear before this Honorable Court for Sentencing. I, Alex R. Kessel, will be personally appearing for the sentencing hearing. However, I also have another sentencing hearing in the Southern District of Georgia on March 22, 2021. Counsel is trying to reduce exposure of contracting Covid-19 by only having 1 return flight to California until after the 2 hearings on the East Coast. To this end, I would respectfully request this Honorable Court to continue the sentencing hearing from March 18, 2021 to March 19, 2021. I can be available anytime on March 19, 2021. Both the defendant and government's counsel consent to this request. If the Court cannot move the hearing to March 19, 2021, counsel requests the hearing to remain set for March 18, 2021.

Respectfully submitted,

/S/ Alex R. Kessel

ALEX R. KESSEL, Cal Bar #110715
Law Offices of Alex R. Kessel
15910 Ventura Boulevard, Suite 1030
Encino, California 91436
Phone: (818) 995-1422
Fax (818) 788-9408
Email: Kessellawfirm@gmaill.com
ATTORNEY FOR DANNY BANG

CC: Lloyd Epstein, Esq.
    Elizabeth A. Hanft, Assistant United States Attorney