```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :
            -v-                                                      :      19-CR-213-1 (LJL)
                                                                     :
                                                                     :      ORDER
                                                                     :
DANNY BANG,                                                          :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

LEWIS J. LIMAN, United States District Judge:

     Sentencing in this case is scheduled for March 19, 2021.  The Court is in receipt of the sentencing submissions of the parties, including the transcripts relied on by the Government.  It appears that the principal issues before the Court include the inferences to draw from the conversations upon which the Government relies and not whether those conversations occurred.  The parties are hereby ORDERED to inform the Court by Tuesday, March 16, 2021, at 6:00 p.m., whether either party wishes to have a Fatico hearing.

     SO ORDERED.

Dated: March 12, 2021
      New York, New York

                                           LEWIS J. LIMAN
                                        United States District Judge